UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANKIE SANTIAGO, NICOLE NERONHA, JOSEPH NERONHA, MARIA NERONHA and JULES ONNY,

    Plaintiffs,

v.   Case No: 6:25-cv-1904-JSS-NWH

D.R. HORTON, INC., and DHI MORTGAGE COMPANY, LTD,

    Defendants.
_____/

## NOTICE OF VOLUNTARY CASE DISMISSAL

Plaintiffs, Frankie Santiago, Nicole Neronha, Joseph Neronha, Maria Neronha, and Jules Onny, by their undersigned attorneys Varnell & Warwick, P.A., Clarkson Law Firm, P.C, and National Consumer Law Center, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby provides notice that this action is voluntarily dismissed in its entirety, without prejudice.

Dated: December 4, 2025

**VARNELL & WARWICK, P.A**.

/s/ Jeffrey L. Newsome, II
Jeffrey L. Newsome, II: 1018667
Brian W. Warwick; FBN: 0605573
Janet R. Varnell; FBN: 0071072
Christopher J. Brochu: 1013897
Pamela Levinson, 538345
400 N. Ashley Dr., Ste. 1900
Tampa, FL 33602

Telephone: (352) 753-8600
Facsimile: (352) 504-3301
*bwarwick@vandwlaw.com*
*jvarnell@vandwlaw.com*
*jnewsome@vandwlaw.com*
*cbrochu@vandwlaw.com*
*plevinson@vandwlaw.com*
*ckoerner@vandwlaw.com*

**CLARKSON LAW FIRM, P.C.**
Kristen G. Simplicio
Roke Iko
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Telephone: (202) 998-2299
*ksimplicio@clarksonlawfirm.com*
*riko@clarksonlawfirm.com*

**NATIONAL CONSUMER LAW CENTER**
Jennifer Wagner (WVSB # 10639)
Shennan Kavanagh (MA BBO # 655174)
(PHV forthcoming)
7 Winthrop Square, 4th Floor
Boston, MA 02144
Telephone: (617) 542-8010
Fax: (617) 542-8028
*jwagner@nclc.org*
*skavanagh@nclc.org*

*Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey L. Newsome, II
Jeffrey L. Newsome, II
